L. L. F. REALTY CO., INC., Plaintiff, v. FREDERICK V. FELL et al., as Members of the Council of the City of Long Beach, Defendants.— Submission of controversy on an agreed statement of facts. Defendants, constituting the council of the city of Long Beach, propose to pass a local law permitting the issue of bonds for public improvements, the bonds to contain a provision for mandatory redemption. Plaintiff, a taxpayer, contends that the proposed local law is unconstitutional as in violation of section 2 of article VIII of the State Constitution. The court is asked to determine the constitutionality of the proposed local law. The submission must be dismissed for two reasons: (1) it is not the practice of the court to render advisory opinions in advance of the happening of an event (*Gish* v. *Village of Peekskill*, 255 App. Div. 706); (2) judgment may not be rendered, as plaintiff requests in its brief, to restrain defendants from enacting the proposed local law on the ground of unconstitutionality; the jurisdiction of the court may be invoked for the protection of rights that may be violated by the enforcement of the proposed local law only after its enactment. (*New Orleans Water Works* v. *New Orleans*, 164 U. S. 471, 481-482; *Gas & Elec. Securities Co.* v. *Manhattan & Queens Traction Corp.*, 266 F. 625, 635.) The practice of propounding a question for answer in a submission without indicating the judgment to be rendered is improper (*Williams* v. *City of Rochester*, 2 Lans. 169), even though the submission may be amended thereafter (*Cogan* v. *Taylor*, 212 App. Div. 8, 12). The submission is dismissed, without costs to either party. Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

MALCOLM V. LOMAX, Respondent, v. HYMAN WANK, as Administrator of the Estate of GEORGIANNA B. EHRMANN, Deceased, Appellant.— Order denying defendant's motion to dismiss the complaint for lack of prosecution affirmed, without costs. No opinion. Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ., concur.

CONCHERTA PUMA et al., Respondents, v. 1223 AVENUE J. CORPORATION, Appellant.— In an action to recover a balance due on a construction contract and for extras, order denying defendant's motion for a stay pending arbitration reversed on the law and the facts, with $10 costs and disbursements, and the motion granted, with $10 costs. The unsigned proposed arbitration agreement submitted by plaintiffs, even if rejected by defendant, constitutes no basis for a claim that defendant waived its right to arbitration under the contract, which provides for a determination of disputes, in the first instance, by the architect. This determination was not had until after the proposed agreement had been submitted and allegedly rejected. This action was commenced immediately following the determination of the architect, without resort to arbitration pursuant to the contract. There having been no waiver, the stay sought by defendant should have been granted. Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK COSTANZA, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of the crime of book-making and sentencing him thereon to imprisonment in the New York City Penitentiary for the term of one year, unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ.